' ORDER

FILED
CLERK, U S DISTRICT COURT

NOV 21 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  DANIEL R. SULLIVAN, Bar No.: 96740
   ALBERT P. BALLOG, JR., Bar No.: 103627
2  KEVIN J. BERRETH, Bar No.: 236759    2006 NOV 20  PM 3: 33
   **SULLIVAN & BALLOG, LLP**
3  400 North Tustin Avenue, Suite 475
   Santa Ana, California 92705
4  Telephone: (714) 541-2121
   Facsimile: (714) 541-2120
5  E-mail: abp@sullivanballog.com

6  Attorneys for Defendants
   ARCHDIOCESE OF LOS ANGELES EDUCATION AND
7  WELFARE CORPORATION; PAULINE ORTEGA

__ Priority
__ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  MARGARET R. ROBLES and         )  Case No. CV 05-7547 AG (AJWx)
    CARLOS ROBLES,,                )
12                                 )  The Honorable Andrew J. Guilford
                                   )
13            Plaintiffs,          )
                                   )  **NOTICE OF SETTLEMENT AND**
14     vs.                         )  **ORDER OF DISMISSAL**
                                   )
15  ARCHDIOCESE OF LOS ANGELES     )  Date:   11/02/06
    EDUCATION AND WELFARE          )  Time:   1:30 p.m.
16  CORPORATION, THE ROMAN         )  Ctrm:   10-D
    CATHOLIC ARCHDIOCESE OF LOS    )
17  ANGELES, PAULINE ORTEGA, and   )
    DOES 1 to 100, inclusive,      )
18                                 )
                                   )
19            Defendants.          )

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 22 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

20  THIS CONSTITUTES NOTICE OF ENTRY
21  AS REQUIRED BY FRCP, RULE 77(d).

22      **IT IS HEREBY STIPULATED** by and between the parties, through their

23  attorneys of record, Carney Shegerian, attorney for Plaintiff Margaret Robles, and Albert

24  P. Ballog, Jr., attorney for defendants Archdiocese of Los Angeles, Education and

25  Welfare Corporation, and Pauline Ortega, that a settlement has been reached between the

26  parties, and in accordance with that settlement a dismissal, with prejudice, of the above-

27  entitled action can be entered by the Court.

28  ///

DATED: November 16, 2006         SULLIVAN & BALLOG, LLP

By: _____
Daniel R. Sullivan
Albert P. Ballog, Jr.
Kevin J. Berreth
Attorneys for Defendants
ARCHDIOCESE OF LOS ANGELES
EDUCATION AND WELFARE
CORPORATION; PAULINE ORTEGA

DATED: November __, 2006          SHEGERIAN & ASSOCIATES, INC.

By: _____
CARNEY R. SHEGERIAN
Attorney for Plaintiff
MARGARET ROBLES

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action shall be dismissed with prejudice.

DATED: November 21, 2006

U.S. DISTRICT JUDGE ANDREW J. GUILFORD

By: _____

Daniel R. Sullivan
Albert P. Ballog, Jr.
Kevin J. Berreth
Attorneys for Defendants
ARCHDIOCESE OF LOS ANGELES
EDUCATION AND WELFARE
CORPORATION; PAULINE ORTEGA

DATED: November 16, 2006     SHEGERIAN & ASSOCIATES, INC.

By: _____

CARNEY R. SHEGERIAN
Attorney for Plaintiff
MARGARET ROBLES

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action shall be dismissed with prejudice.

DATED: November ___, 2006

U.S. DISTRICT JUDGE ANDREW J. GUILFORD

SULLIVAN & BALLOG, LLP

**PROOF OF SERVICE**
**[C.C.P. 1013A]**

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to the within action. My business address is 400 North Tustin Avenue, Suite 475, Santa Ana, California 92705.

On the date set forth below, I served the following document(s) described as **NOTICE OF SETTLEMENT AND ORDER FOR DISMISSAL** on all interested parties in this action by:

☒    placing  ☐ the original  ☒ a true copy thereof enclosed in sealed envelopes addressed as stated below:

SEE ATTACHED SERVICE LIST

☒    **BY MAIL:** The envelope was mailed with postage thereof fully prepaid, for collection and mailing on that date following ordinary business practices in the United States Mail in Santa Ana, California, addressed as shown below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

☐    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

☐    **BY FACSIMILE TRANSMISSION:** From Fax No. _____ to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☐    **BY OVERNIGHT DELIVERY:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [_C.C.P._ §1013, 2015.5].

☐    [State]    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒    [Federal]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2006, at Santa Ana, California.

_Nicole Benante_
**Nicole Benante**

SULLIVAN & BALLOG, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SULLIVAN & BALLOG, LLP

# SERVICE LIST
**[Robles v. Archdiocese of Los Angeles]**
**Our File No. 0004-040]**

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| Carney R. Shegerian, Esq. SHEGERIAN & ASSOCIATES, INC. 499 North Canon Drive, Suite 201 Beverly Hills, CA 90210 | Tel (310) 860-0770 Fax (310) 860-0771 | Attorney for Plaintiffs, *MARGARET R. ROBLES AND CARLOS ROBLES* |